UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY M. GEMELLI                                    CIVIL ACTION

VERSUS                                                NO. 19-13424

STATE OF LOUISIANA ET AL.                             SECTION "H"(2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Doc. 24), and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation (Doc. 31), hereby approves the Report and Recommendation (Doc. 24) of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant State of Louisiana Office of Attorney General Jeff Landry's Motion to Dismiss for Lack of Jurisdiction be **GRANTED.**

New Orleans, Louisiana, this __18th__ day of ____June____, 2020.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE