UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY M. GEMELLI                                      CIVIL ACTION

VERSUS                                                 NO. 19-13424

STATE OF LOUISIANA ET AL.                              SECTION "H" (2)

## PARTIAL DISMISSAL ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Doc. 43), and the Plaintiff's objections (Docs. 46, 54) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED IN PART WITH PREJUDICE** as to defendants St. Bernard Parish President Guy S. McInnis, Judge Jeanne Juneau, District Attorney Perry Nicosia, Assistant District Attorneys Mikey Morales and Charles Ward, the St. Bernard Parish Sheriff's Office, Sheriff James Pohlmann and Clerk of Court Randy Nunez as legally frivolous, for failure to state a claim upon which relief may be granted and/or for suing defendants immune from monetary relief under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), and/or Heck v. Humphrey, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED** that plaintiff's Fourth Amendment claim against Deputy Michelle Canepa is not dismissed at this time because plaintiff states a valid claim

against this defendant under Section 1983. The assigned Magistrate Judge is directed to conduct appropriate further proceedings as to that claim.

New Orleans, Louisiana, this __18th__ day of _____June_____, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE