UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY M. GEMELLI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13424** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "H"(2)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS THEREFORE ORDERED** that Gemelli's Motion for Relief from Final Judgment Pursuant to Fed. R. Civ. P. 60(b)(6), Rec. Doc. 210, as supplemented by his Supplemental Rule 60(b)(6) Motion, Rec. Doc. 211, and his Second Addendum, Rec. Doc. 216, is **DENIED**.

**IT IS FURTHER ORDERED** that, in accordance with the Civil Statistical Guide, the Clerk shall *nunc pro tunc* **OPEN** this case for statistical credit for the Court's consideration of the motion filed August 19, 2025, and **CLOSE** the case upon resolution of the motion.

New Orleans, Louisiana, this 7th day of January, 2026.

_____
**HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**